# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SANDRA HERRERA,**
Appellant,

v.

**ESTEBAN HERRERA,**
Appellee.

No. 4D19-3892

[December 9, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Rothschild, Judge; L.T. Case No. FMCE16-8296.

Marisol Cruz of Cruz Legal, P.A., Miami, and Taghrid G. Hassan of Hassan Law PA, Davie, for appellant.

Joel E. Greenberg of Greenberg Law, Plantation, and Michael A. Hymowitz of Hymowitz Law Firm, Sunrise, for appellee.

PER CURIAM.

We affirm the circuit court's determination that it did not have jurisdiction to impose a constructive trust and/or equitable lien on the former marital home. This affirmance is without prejudice to appellant attempting to assert an equitable interest in the property by a separate action in the circuit court.

*Affirmed.*

GROSS, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***